# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**528**
**TP 10-02372**
PRESENT: CENTRA, J.P., FAHEY, LINDLEY, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF STEPHEN D. PUMP, PETITIONER,

                V                                        ORDER

EKPE D. EKPE, SUPERINTENDENT, WATERTOWN
CORRECTIONAL FACILITY, RESPONDENT.

---

STEPHEN D. PUMP, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

     Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [Hugh A. Gilbert, J.], entered November 2, 2010) to review determinations of respondent.  The determinations found after Tier II hearings that petitioner violated various inmate rules.

     It is hereby ORDERED that the determinations are unanimously confirmed without costs and the petition is dismissed.

Entered: April 29, 2011                   Patricia L. Morgan
                                       Clerk of the Court